IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ZENAIDA MEJIA,

    Plaintiff,

v.                                                    No.  17-CV-0095 SCY/LF

DAVID PELAMATI, TITAN TRANSFER
INC, ZURICH NORTH AMERICA
INSURANCE COMPANY,

    Defendants.

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER having come before the Court upon the parties Joint Motion to Dismiss with Prejudice (Doc. 78) and the Court having reviewed the Motion finds the Motion well-taken.

IT IS THEREFORE ORDERED that all of the Plaintiff's claims against Defendants are hereby dismissed with prejudice, and it is further ORDERED that this matter is dismissed in its entirety with prejudice.

_____
THE HONORABLE STEVEN C. YARBROUGH
UNITED STATES MAGISTRATE JUDGE